EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00315 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. § 2252 |
| KEITH K. AKANA, ) | [Sexual Exploitation of a Minor] |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about April 13, 2002, in the District of Hawaii, KEITH K. AKANA did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, computer graphic files, with KEITH K. AKANA then knowing that said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been

transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

Dated: Honolulu, Hawaii, July 17, 2002.

A TRUE BILL

/s/

---
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Keith K. Akana
"Indictment"
Cr. No. _____

2