

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KEITH K. AKANA,<br><br>Defendant - Appellant. | No. 03-10426<br>D.C. No. CR-02-00315-SOM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 12/12/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 4 2006

by:
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. KEITH K. AKANA, Defendant - Appellant. | No. 03-10426 D.C. No. CR-02-00315-SOM MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted December 5, 2005**

Before:   GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

Keith K. Akana appeals his 46-month sentence imposed following his guilty-plea conviction for possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4). We have jurisdiction pursuant to 28 U.S.C. § 1291.

---

   *   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc). *See United States v. Moreno-Hernandez*, 419 F.3d 906, 916 (9th Cir. 2005).

All pending motions are denied as moot.

**REMANDED**.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 4 2006

by:
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
03-10426 USA, et al v. Akana

UNITED STATES OF AMERICA              Lawrence L. Tong, Esq.
     Plaintiff - Appellee             808/541-2850
                                      Suite 6-100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850

     v.

KEITH K. AKANA                        Deanna Dotson, Esq.
     Defendant - Appellant            808/391-7308
                                      [COR LD NTC cja]
                                      P.O. Box 700953
                                      Kapolei, HI 96709-0953

                                      Keith K. Akana
                                      #89042-22
                                      [COR LD NTC prs]
                                      FCIE - FEDERAL CORRECTIONAL
                                      INSTITUTION (ELKTON)
                                      P.O. Box 10
                                      Lisbon, OH 44432-0010
```