# DISTRICT COURT RECORD RETURN FORM

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
95 SEVENTH STREET
SAN FRANCISCO, CA. 94103
(415) 556-9920

*FILED NOV 27 2005 — CATHY A. CATTERSON, CLERK, U.S. COURT OF APPEALS*

District Court: Honolulu, HI / HI

Lower Court #: CR-02-00315-SOM

Appeal #: 03-10426

Short Title: USA v. AKANA

Total Volumes: ____ Clerk's Files: 1   Reporters' Transcripts: 4

Other: 1 Folder of (SEALED) Documents

Docketed by: [signature]    Date Docketed: 12/27/05

check one: Record on Appeal Returned ✓    D.C. File Returned ____

Not Docketed: ____   Date Appeal Closed: 12/12/05

Note: THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED. ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: June 4, 2004

To: United States Court of Appeals    Attn: ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103     ( )   Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:     CR 02-00315 SOM      Appeal No:    03-10426

Short Title:    USA VS KEITH K. AKANA

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy<br>7/30/02, 9/20/02, 5/12/03, 7/18/03 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
- certified copy of docket sheet
- sealed document nos: Doc#20, 23

Acknowledgment: _____S. DNIS_____    Date: _____

FILED
JUN 0 8 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all counsel