EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,       )    CR. NO. 02-00315 SOM
                                )
               Plaintiff,        )    GOVERNMENT'S MEMORANDUM
                                )    IN RESPONSE TO AMELINE
      vs.                        )    REMAND; EXHIBIT "A"
                                )
KEITH K. AKANA,                  )
                                )
               Defendant.        )
                                )
_____ )

       GOVERNMENT'S MEMORANDUM IN RESPONSE TO AMELINE REMAND

        On July 18, 2003, the court sentenced defendant Keith

Akana to a term of imprisonment of 46 months for the possession

of child pornography.  Defendant appealed, and, on December 12,

2005, the Ninth Circuit Court of Appeals issued a limited remand

of the case pursuant to United States v. Ameline, 409 F.3d 1073

(9th Cir. 2005)(en banc).

        Defendant has now filed a sentencing statement alleging

various errors in the original sentencing proceeding.  The

government's response to those points is contained in its Ninth

Circuit brief, a copy of which is attached as Exhibit "A."  The

case has now been remanded to this court for a determination of

whether it would have imposed a different sentence had it known

the Guidelines were advisory.   Consistent with the offense level

stipulations in the plea agreement, the government asks the court

to calculate the advisory Guidelines range as 27-33 months.

Dated: Honolulu, Hawaii, March 1, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Lawrence L. Tong
    LAWRENCE L. TONG
    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00315 SOM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH K. AKANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at her last known address:

        Served electronically through CM/ECF:

        Deanna Dotson, Esq.            March 1, 2006
        Dkeith02@earthlink.net

        Attorney for Defendant
        KEITH K. AKANA


        DATED:  Honolulu, Hawaii, March 1, 2006.


                                        /s/ Janice Tsumoto