EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00315 SOM |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE |
| | ) | OF SERVICE |
| vs. | ) | |
| | ) | |
| KEITH K. AKANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

AMENDED CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that, on the date and by the method of
service noted below, the true and correct copy of Government's
Memorandum in Response to Ameline Remand filed March 1, 2006 was
served on the following at their last known addresses:

        Served electronically through CM/ECF:

        Deanna Dotson, Esq.          March 1, 2006
        Dkeith02@earthlink.net

        Attorney for Defendant
        KEITH K. AKANA

```
U.S. Probation Office          March 1, 2006
300 Ala Moana Blvd., Rm. 215
Honolulu, HI 96850-0001


DATED:  Honolulu, Hawaii, March 1, 2006.



                         /s/ Janice Tsumoto
```