# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00315SOM |
| CASE NAME: | USA vs. Keith K. Akana |
| ATTYS FOR PLA: | Lawrence Tong |
| | Paul Akeo (US Customs) |
| ATTYS FOR DEFT: | Deanna Dotson |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 4/17/2006 | TIME: | 1:30 - 2:10 |

COURT ACTION:  EP: Resentencing -

Defendant Keith K. Akana present and in custody.

The Presentence Investigation Report and the USPO's recommendation are adopted by the Court, and placed under seal.

Allocution by the Defendant.

Court stated that the sentencing guidelines are now advisory, and sentences the defendant within the guideline range agreed upon by the parties in the plea agreement

ADJUDGED:

Imprisonment: TIME SERVED.

Supervised Release: 3 Years.

 Fine: $2,000.00 (satisfied on 7/18/03).

Special Assessment: $100.00 (satisfied on 7/18/03).

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter.  Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

▸ That the defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Office.

▸ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  The defendant shall also submit to periodic unannounced examinations of his computer and computer accessories as well as provide access to his internet service provider account records, as directed by the Probation Office.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

▸ The defendant may change his residence only with the advance approval of the Probation Office.

▸ The defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include the plethysmograph, polygraph, and other types of testing, as approved by the Probation Office.

- ▸ The defendant shall not have any type of contact (including written materials, communication devices, audio and visual devices, visits, or through a third party), with children under the age of 18 or victims, except in the presence of a adult who is aware of the nature of the defendant's offense and who has been approved by the Probation office.

- ▸ The defendant shall not view, purchase, possess or distribute any sexually stimulating or sexually oriented materials, including books, magazines, films, videos, and computer programs, unless approved for treatment purposes, or frequent any place where such material or entertainment is the primary place/business where the materials are found.

- ▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

Defendant advised of his right to appeal

Defendant to be released forthwith.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.