PROB. 12B
(7/93)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2006

at 3 o'clock and __ min. P.M.
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  KEITH K. AKANA                Case Number: CR 02-00315SOM-01

Name of Sentencing Judicial Officer:  The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence:  7/18/2003

Original Offense:  Count 1: POSSESSION OF CHILD PORNOGRAPHY, in violation of 18 U.S.C. § 2252(a)(4), a Class D felony

Original Sentence:  46 months imprisonment and 3 years of supervised release with the following special conditions:  1) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 2) The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Office; 3) That the defendant shall submit his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. The defendant shall also submit to periodic unannounced examinations of his computer and computer accessories as well as provide access to his internet service provider account records, as directed by the Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; 4) The defendant may change his residence only with the advance approval of the Probation Office; 5) The defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include the plethysmograph, polygraph and other types of testing as approved by the Probation Office; 6) The defendant shall not have any type of contact (including written materials,

|  |  |
|---|---|
|  | communication devices, audio and visual devices, visits or through a third party), with children under the age of 18 or victims, except in the presence of a adult who is aware of the nature of the defendant's offense and who has been approved by the Probation Office; and 7) The defendant shall not view, purchase, possess or distribute any sexually stimulating or sexually oriented materials, including books, magazines, films, videos and computer programs, unless approved for treatment purposes, or frequent any establishment where sexually explicit material is the primary product of sale. That the fine of $2,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. |
| Amended Judgment: | Subsequent to the original sentence, the defendant filed an appeal. On 12/12/2005, The United States Court of Appeals for the Ninth Circuit filed and entered a Judgment, which was filed in the District of Hawaii on 1/9/2006, remanding the original judgment on this case. On 4/17/2006, the defendant was resentenced to time served (approximately 32 months), followed by 3 years of supervised release and the original special conditions, with the exception of the following Special Conditions: 1) That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; and 7) The defendant shall not view, purchase, possess or distribute any sexually stimulating or sexually oriented materials, including books, magazines, films, videos and computer programs, unless approved for treatment purposes, or frequent any establishment where sexually explicit material is the primary place/business where the materials are found. |

Type of Supervision: Supervised Release    Date Supervision Commenced: 4/17/2006

## PETITIONING THE COURT

[✓]   To modify Special Condition No. 5 as follows:

   5)   The defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include, polygraph and other types of testing as approved by the Probation Office.

Prob 12B
(7/93)

3

## CAUSE

We are requesting to remove the plethysmograph testing from Special Condition No. 5. The proposed modification is a result of *United States v. Weber*, (9th Circuit 2006). The *Weber* ruling holds that at sentencing, the Court must support its decision on the record with record evidence that the special condition is necessary to accomplish one or more of the factors listed in 18 U.S.C. 3583(d)(1).

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer


Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date:  6/28/2006

Prob 12B
(7/93)

4

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

*(signature)*
SUSAN OKI MOLLWAY
U.S. District Judge

6/28/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]   To modify Special Condition No. 5 as follows:

5) The defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include, polygraph and other types of testing as approved by the Probation Office

Witness: _____       Signed: _____
LISA K.T. JICHA                                                KEITH K. AKANA
U.S. Probation Officer                                         Supervised Releasee

_____6/23/06_____
Date