AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

*1290623*

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00315SOM-01 |
| KEITH K. AKANA | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KEITH K. AKANA and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Violations of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 0 6 2007
at 9 o'clock and 45 min A.M.
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED
2007 FEB 27 AM 9:50

in violation of Title United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | February 26, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI.

| Date Received 2/27/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 4/5/07 | Arthur Oh/DUSM | *[signature]* |