# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/9/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00315SOM

CASE NAME:        USA vs. Keith K. Akana

ATTYS FOR PLA:    Lawrence Tong
                  Lisa Jicha (USPO)

ATTYS FOR DEFT:   Deanna Dotson

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:   Lisa Groulx

DATE:    4/9/2007                 TIME:       1:55 - 2:15

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Keith K. Akana present and in custody.

Defendant admits to violation no. 1, and denies violation nos. 2 and 3.

This hearing is continued to 4/16/07 @ 9:00 a.m. in order to allow Ms. Dotson more time to confer with the defendant.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.