# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I
300 ALA MOANA BLVD. RM C-353
HONOLULU, HAWAI'I 96850

LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1331
FAX: (808) 541-1386

August 6, 2007

Deanna Dotson, Esq.
PO Box 700953
Kapolei, Hawaii`i  96709-0953

      Re:  USA v. Keith Akana
           CR. NO. 02-00315-02 SOM

Dear Ms. Dotson:

      Enclosed please find your billing submission in the above matter.  At your earliest convenience, please submit a written justification form as we are required to review it before we can authorize payment in a supervised release matter with billings in excess of the maximum permitted.

      Thank you.

Very truly yours,

Leslie E. Kobayashi
United States Magistrate Judge

LEK:sq
Enclosure